UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TORRI MONTAGUE DURDEN,** Plaintiff, vs. **ROLAND PRICE, et al.,** Defendants. | **2:21-CV-11035-TGB-DRG** **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.** Judgment is entered in favor of Defendant Kevin Draves.

Dated at Detroit, Michigan:  February 7, 2023.

                                    KINIKIA ESSEX
                                    CLERK OF THE COURT

                                    s/A. Chubb
                                    Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1